452 A.2d 46

Commonwealth v. Duca, Appellant.
Petition for Allowance of Appeal Denied Jan. 20, 1983.

Submitted January 18, 1982. Benjamin Lerner, Assistant Public Defender, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.